UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr2917-MMA |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| STEVE LAMAR BERRY, | [Doc. No. 42] |
| Defendant. | |

On March 5, 2019, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of STEVE LAMAR BERRY ("Defendant") in the following $1,134.00 U.S. Currency pursuant to 21 U.S.C. §§ 853(a)(1) ad 853(a)(2).

For thirty (30) consecutive days ending on April 06, 2019, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the $1,134.00 U.S. Currency in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G (4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the currency.

There were no potential third parties known to the United States to have alleged an interest in the forfeited U.S. currency. Therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited $1,134.00 U.S. Currency.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of STEVE LAMAR BERRY, and any and all third parties in the following $1,134.00 U.S. Currency is hereby condemned, forfeited and vested in the United States of America. pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2).

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, the Federal Bureau of Investigation and any other governmental agencies which were incident to the seizure, custody and storage of the property be the first charge against the forfeited property.

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited property according to law and shall deposit the currency thereof into the Asset Forfeiture Fund.

**IT IS SO ORDERED**.

Dated: August 23, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge